MELVIN SKINNER V. THE STATE.

No. 21736. Delivered November 12, 1941.

The opinion states the case.

*Florence, Florence & Meredith,* of Gilmer, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Upshur County on a charge of chicken theft, and assessed a fine of $25.00 and thirty days in jail.

The procedure appears to be regular. No statement of facts or bills of exception are presented, and there is nothing for this court to review.

The judgment of the trial court is affirmed.